UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LERAY EUGENE RICHARDS,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-623-P |
| VERSUS | JUDGE DRELL |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of the claims.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 22nd day of July, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE